the Ballot for the General Election to Be Held on November 4, 1941. S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, Respondents; Frederick Gardener, Appellant.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of Robert J. Crews, Individually and on Behalf of the Other Candidates Hereinafter Named, Appellant, against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, for an Order Dismissing the Objections to the Nominating Petitions of Matthew J. Troy, for the Office of President of the Borough of Brooklyn; Carmine A. Ventiera, for the Office of Register, Kings County; Robert J. Crews, for the Office of Sheriff, Kings County; Benjamin Brenner and Abner C. Surpless, for the Office of Judges of the County Court, Kings County, and William Stanley Miller, for the Office of Surrogate, Kings County, on the United City Party Ticket, and for an Order Placing the Names of Said Candidates on the Voting Machines in the Places Designated for the Said Office, and Neil M. Leiblich, Objector, Respondents.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel and Taylor, JJ., concur; Close, J., dissents and votes to reverse on the authority of *Matter of Garside* v. *Cohen* (265 N. Y. 606).

In the Matter of the Application of Frederick Gardener and Malvern H. Cunningham, Appellants, for an Order Judicially Determining All Questions of Law and Fact Herein and Containing Directions Addressed to the Board of Elections in the City of New York with Respect to a Certain Alleged Nominating Petition Heretofore Filed with the Board of Elections in the City of New York Purporting to Nominate Patrick J. Beary as a Candidate for the Office of Councilman of the City of New York from the Borough of Queens, and Declaring the Said Petition to Be Invalid, Null and Void, and Ineffective to Constitute a Nominating Petition, and for Other Relief. S. Howard Cohen and Others, Commissioners of Election, Constituting the Board of Elections of the City of New York, and Patrick J. Beary, Respondents.— Order modified on the law and the facts by striking out the provision for costs, and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of Frederick Gardener and Malvern H. Cunningham, Appellants, for an Order Judicially Determining All Questions of Law and Fact Herein and Containing Directions Addressed to the Board of Elections of the City of New York, with Respect to a Certain Alleged Nominating Petition Heretofore Filed with the Board of Elections in the City of New York Purporting to Nominate Richard H. Nappi as a Candidate for the Office of Councilman of the City of New York from the Borough of Queens, and Declaring the Said Petition to Be Invalid, Null and Void and Ineffective to Constitute a Nominating Petition, and for Other Relief. S. Howard Cohen and Others, Commissioners of Election Constituting the Board of Elections in the City of New York, and Richard H. Nappi, Respondents.— Order modified on the law and the facts by striking out the provision for costs; and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of Louis P. Goldberg, Andrew R. Armstrong and Salvatore T. DeMatteo, Individually and as Candidates of the